UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

_____ :
                                    :
ZAINAB B. ZE. MALIK,                :
                                    :        Civil Action
            Plaintiff,              :        09-6316 (JBS)
                                    :
            v.                      :        O R D E R
                                    :
MICHELLE COLEMAN,                   :
                                    :
            Defendant.              :
_____ :


        For the reasons set forth in the Court's Opinion filed

herewith,

        IT IS on this __4th__ **day of** __March__ , 2010,

        ORDERED that the Plaintiff's application to proceed in forma

pauperis without prepayment of the $350.00 filing fee pursuant to

28 U.S.C. § 1915(a) and (b) is hereby granted; and it is further

        ORDERED that the Clerk of the Court is to file the complaint

in the above-captioned action; and it is further

        ORDERED that the Clerk of the Court shall serve a copy of this

Order and the Court's Opinion filed herewith by regular mail on the

Plaintiff; and it is further

        ORDERED that the Clerk of the Court shall serve a copy of this

Order by regular mail on the Attorney General of the State of New

Jersey and on the warden of the place of Plaintiff's confinement;

and it is further

        ORDERED that Plaintiff is assessed a filing fee of $350.00 and

shall pay the entire filing fee pursuant to 28 U.S.C. § 1915(b)(1)

and (2), regardless of the outcome of the litigation; and it is further

ORDERED that an initial partial filing fee shall be deducted and, until the $350.00 filing fee is paid, in each succeeding month during which the amount in Plaintiff's account exceeds $10.00, the agency having custody of him shall assess, deduct from his account, and forward to the Clerk of the Court payments equal to 20% of the preceding month's income credited to his account, pursuant to 28 U.S.C. § 1915(b)(2), and each payment shall be referenced to the civil docket number of this action; and it is further

ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1367(c)(3); and it is finally

ORDERED that the Clerk shall close the Court's file for this action.

　　　　　　　　　　　　　　**s/ Jerome B. Simandle**
　　　　　　　　　　　　　　　　Jerome B. Simandle
　　　　　　　　　　　　　　　United States District Judge

2